■ In the Matter of RONALD V. POMERANCE, Petitioner, v ROGER PAUL McTIERNAN, JR., et al., Respondents. [857 NYS2d 517]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur—Mazzarelli, J.P., Friedman, Buckley, Sweeny and Renwick, JJ.